UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINEET PAREKH, | CASE NO. C22-1580 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AVALARA, INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Consistent with the Stipulation and Order (Dkt. No. 9), the Court expressly vacates the existing initial disclosures, Rule 26(f) conference, and joint status report deadlines (Dkt. No. 4). The Court will reset the deadlines after Defendants answer the complaint or the Court rules on the motion to dismiss as necessary.

\\

\\

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed February 21, 2023.

                                    Ravi Subramanian  
                                    Clerk of Court

                                    s/Serge Bodnarchuk  
                                    Deputy Clerk

MINUTE ORDER - 2