The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VINEET PAREKH, Individually and on behalf of himself and all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AVALARA, INC., SCOTT MCFARLANE, BRUCE CRAWFORD, MARION FOOTE, EDWARD GILHULY, WILLIAM INGRAM, MARCELA MARTIN, TAMI RELLER, BRIAN SHARPLES, RAJEEV SINGH, SRINIVAS TALLAPRAGADA, and KATHY ZWICKERT,<br><br>Defendants. | NO.   2:22-cv-01580-MJP<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION** |

**THIS MATTER** comes before the Court on Defendants' Motion for Leave to File Over-Length Motion.  The Court, having considered Defendants' request and being familiar with the files and pleadings in this matter, is fully advised.

**NOW THEREFORE**, Motion for Leave to File Over-Length Motion is **GRANTED.** Defendants' motion to dismiss, to be filed on April 20, 2023, shall not exceed 10,000 words. Pursuant to LCR 7(f)(4), Plaintiff's brief in opposition shall not exceed 10,000 words and Defendants' reply brief shall be no longer than one-half of Plaintiff's brief filed in opposition, if any.

ORDER GRANTING DEFENDANTS' MOTION FOR
LEAVE TO FILE OVER-LENGTH MOTION - 1
No. 2:22-cv-01580-MJP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**IT IS SO ORDERED**.

**DATED** this 19th day of April, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

PRESENTED BY:

**SAVITT BRUCE & WILLEY LLP**

By: */s/ Jacob P. Freeman*
   James P. Savitt, WSBA #16847
   Jacob P. Freeman, WSBA #54123
   1425 Fourth Avenue Suite 800
   Seattle, Washington 98101-2272
   Telephone: 206.749.0500
   Facsimile: 206.749.0600
   Email: jsavitt@sbwLLP.com
   Email: jfreeman@sbwLLP.com

*Counsel for Defendants*

ORDER GRANTING DEFENDANTS' MOTION FOR
LEAVE TO FILE OVER-LENGTH MOTION - 2
No. 2:22-cv-01580-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

CERTIFICATE OF SERVICE
No. 2:22-cv-01580-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500