The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTIN SOHOVICH, Individually and on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVALARA, INC., SCOTT MCFARLANE, BRUCE CRAWFORD, MARION FOOTE, EDWARD GILHULY, WILLIAM INGRAM, MARCELA MARTIN, TAMI RELLER, BRIAN SHARPLES, RAJEEV SINGH, SRINIVAS TALLAPRAGADA, and KATHY ZWICKERT,<br><br>Defendants. | Case No.: 2:22-cv-01580-MJP<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING SCHEDULING**<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 13, 2013 |

STIPULATED MOTION AND ORDER REGARDING SCHEDULING
2:22-cv-01580-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

Lead Plaintiff Martin Sohovich ("Plaintiff") and Defendants Avalara, Inc., Scott McFarlane, Bruce Crawford, Marion Foote, Edward Gilhuly, William Ingram, Marcela Martin, Tami Reller, Brian Sharples, Rajeev Singh, Srinivas Tallapragada, and Kathy Zwickert (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

On November 4, 2022, Vineet Parekh filed the original class action complaint in the above-captioned action (the "Action") alleging violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 in connection with the sale of Avalara, Inc. (Dkt. No. 1);

On February 3, 2023, the Court entered an order appointing Plaintiff as lead plaintiff and Pomerantz LLP as lead counsel for the putative class (Dkt. No. 31);

On March 6, 2023, Plaintiff filed an amended complaint in this Action (Dkt. No. 37) (the "Amended Complaint");

On October 6, 2023, the Court dismissed the Amended Complaint without prejudice and granted Plaintiff's request for leave to amend (Dkt. No. 54);

On October 27, 2023, Plaintiff filed a second amended complaint in this Action (Dkt. No. 57) (the "Second Amended Complaint");

Given the complexities of the issues and scheduling conflicts, counsel for the Parties have agreed to a modified schedule for Defendants to respond to the Second Amended Complaint.

**NOW, THEREFORE**, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Defendants shall file an answer or otherwise respond to the Second Amended Complaint no later than December 1, 2023.

2. If Defendants file a motion under Fed. R. Civ. P. 12 in response to the Second Amended Complaint (the "Motion"), Plaintiff's response to the Motion (the "Response") shall be filed no later than January 8, 2024.

3. Defendants' reply in further support of the Motion shall be filed no later than January 30, 2024.

STIPULATED MOTION AND ORDER REGARDING SCHEDULING - 1
2:22-cv-01580-MJP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**STIPULATED AND AGREED** this 13th day of November, 2023.

| | |
|---|---|
| **BADGLEY MULLINS TURNER PLLC**<br>Duncan C. Turner, WSBA # 20597<br>19929 Ballinger Way NE, Suite 200<br>Seattle, WA 98155<br>Telephone: (206) 621-6566<br>dturner@badgleymullins.com | **SAVITT BRUCE & WILLEY LLP**<br><br> s/ *James P. Savitt*<br>James Savitt, WSBA #16847<br>Jacob P. Freeman, WSBA #54123<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 98101<br>Telephone: (206) 749-0500<br>Email: jsavitt@sbwLLP.com<br>Email: jfreeman@sbwLLP.com |
| **POMERANTZ LLP**<br><br> s/ *Tamar A. Weinrib* [*with email authorization*]<br>Jeremy A. Lieberman (*Pro Hac Vice*)<br>Tamar A. Weinrib (*Pro Hac Vice*)<br>600 Third Avenue<br>New York, NY 10016<br>Telephone: (212) 661-1100<br>jallieberman@pomlaw.com<br>taweinrib@pomlaw.com<br><br>*Lead Counsel for Plaintiff* | **KIRKLAND & ELLIS LLP**<br>Matthew Solum, P.C. (*Pro Hac Vice*)<br>Mike Rusie (*Pro Hac Vice*)<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4688<br>matthew.solum@kirkland.com<br>mike.rusie@kirkland.com<br><br>*Counsel for Defendants* |

**IT IS SO ORDERED**.

**DATED** this 16th day of November, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION AND ORDER REGARDING
SCHEDULING - 2
2:22-cv-01580-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500