# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

MARTIN SOHOVICH,

                Plaintiff,

    v.

AVALARA, INC., et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO. C22-1580 MJP

____ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X___ **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE.

Dated March 1, 2024.

Ravi Subramanian_____
Clerk of Court

s/ Kathleen Albert_____
Deputy Clerk