1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   MARTIN SOHOVICH,                          CASE NO. C22-1580 MJP

11                         Plaintiff,          ORDER GRANTING MOTION
                                               FOR BRIEFING SCHEDULE
12         v.

13   AVALARA, INC., et al.,

14                         Defendants.

15

16         This matter comes before the Court on the Parties' Joint Motion for Briefing Schedule.

17   (Dkt. No. 73.) Having reviewed the Motion and all supporting materials, the Court GRANTS the

18   Motion and sets the following briefing schedule as proposed by Defendants, which it finds

19   adequate and appropriate to address the Ninth Circuit's instructions to this Court:

20         1.   Defendants shall file a supplemental opening brief of no more than 4,000 words to be

21              submitted by no later than June 8, 2025;

22         2.   Plaintiff shall file a supplemental opposition brief of no more than 4,000 words to be

23              submitted by no later than July 8, 2025; and

24

1    3.    Defendants shall file a supplemental reply brief of no more than 2,000 words to be

2          submitted by no later than July 23, 2025.

3    The clerk is ordered to provide copies of this order to all counsel.

4    Dated May 8, 2025.

5

6                                             Marsha J. Pechman
                                              United States Senior District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION FOR BRIEFING SCHEDULE - 2