The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARTIN SOHOVICH, Individually and on behalf of himself and all other similarly situated,

Plaintiff,

v.

AVALARA, INC., SCOTT MCFARLANE, BRUCE CRAWFORD, MARION FOOTE, EDWARD GILHULY, WILLIAM INGRAM, MARCELA MARTIN, TAMI RELLER, BRIAN SHARPLES, RAJEEV SINGH, SRINIVAS TALLAPRAGADA, and KATHY ZWICKERT,

Defendants.

Case No. 2:22-cv-01580-TMC

**STIPULATION AND [~~PROPOSED~~] ORDER AMENDING SCHEDULING DEADLINES**

**NOTING DATE: August 26, 2026**

## STIPULATION

Lead Plaintiff Martin Sohovich ("Plaintiff") and Defendants Avalara, Inc., Scott McFarlane, Bruce Crawford, Marion Foote, Edward Gilhuly, William Ingram, Marcela Martin, Tami Reller, Brian Sharples, Rajeev Singh, Srinivas Tallapragada, and Kathy Zwickert ("Defendants") (together, the "Parties"), by and through their respective undersigned counsel, have agreed and hereby stipulate to the following amended case schedule to accommodate the completion of fact witness depositions that are unable to occur within the current fact discovery cutoff date of August 28, 2026 due to: (1) Defendant Bruce Crawford undergoing emergency dental surgery; (2) third-party unavailability despite Defendants' diligence in seeking their depositions before the current fact discovery cutoff; and (3) continued and pending productions of documents to Plaintiff from Defendants and third parties. The Parties seek to continue the dates for expert discovery as well to ensure there is a full factual record before the Parties' experts. The Parties do not seek to alter the deadline for dispositive motions nor the date set for trial, so the standard is good cause under Federal Rule of Civil Procedure 16(b).

**WHEREAS,** on December 2, 2025, the Court entered the Order Setting Trial and Pretrial Deadlines and Hearings (Dkt. No.102) (the "Scheduling Order");

**WHEREAS,** on December 23, 2025, the Court entered the Parties' Stipulated Discovery Coordination Protocol and Order (Dkt. No. 108) (the "Discovery Coordination Protocol"), which establishes procedures for coordinating written discovery, document production, depositions, expert discovery, and case scheduling in this Action and the parallel state action, *Pipe Fitters Local Union 120 Pension Plan et al. v. McFarlane et al.*, Case No. 23-2-01411-1 SEA ("*Pipe Fitters*");

**WHEREAS**, the Discovery Coordination Protocol contemplates ongoing coordination of discovery and case schedules and provides that the Parties will meet and confer and seek Court approval of schedule adjustments as necessary to maintain efficiency and avoid undue burden;

**WHEREAS**, under the Discovery Coordination Protocol the Parties sought, and the Court granted, an Amended Scheduling Order on June 5, 2026, which set a fact discovery cutoff date of August 28, 2026 (Dkt. Nos. 117, 118);

**WHEREAS,** since entry of the Amended Scheduling Order, the Parties in this Action have engaged in substantial fact discovery, including the review and production of thousands of documents, the taking of Plaintiff's deposition, the taking of over a dozen of Defendants' and Avalara-related individuals depositions, and the taking of two third-party depositions;

**WHEREAS,** as explained below, good cause exists under Federal Rule of Civil Procedure 16(b) to amend the Scheduling Order;

**WHEREAS**, Defendant Bruce Crawford's deposition, the last of the Defendants to be deposed, is unable to go forward before August 31, 2026, due to undergoing emergency dental surgery;

**WHEREAS**, an "unforeseen medical condition" is "clearly . . . good cause" to continue a discovery deadline, *Deckers Outdoor Corp. v. Romeo & Juliette, Inc.*, 2017 WL 11629880, *1 (C.D. Cal. Aug. 3, 2017);

**WHEREAS**, additionally, Defendants timely served several third parties with subpoenas, noticing deposition dates before the current discovery cutoff date, timely received documents produced under those subpoenas, but the third parties have categorically represented they are unavailable to be deposed on or before August 28, 2026;

**WHEREAS,** the last third-party depositions are expected to take place throughout September 2026;

**WHEREAS,** a third-party's unavailability is good cause, if not a compelling reason, to continue a discovery deadline where the party has been "working diligently in attempting to take th[e] deposition[s] before the deadline," *Campagnolo S.r.L. v. Full Speed Ahead, Inc.*, 2010 WL 11527322, at *2 (W.D. Wash. Feb. 16, 2010);

**WHEREAS,** due to recent and pending additional productions of documents to Plaintiff from Defendants and third parties resulting from diligent protracted meet and confer negotiations between the Parties, there is good cause for a "modest adjustment to the scheduling order to avoid prejudice." *Aerojet Rocketdyne, Inc. v. Global Aero., Inc.*, 2019 U.S. Dist. LEXIS 39824, *9 (2019).

**WHEREAS,** as a result of the foregoing, including Mr. Crawford's emergency surgery, third-party unavailability, and recent and pending production of documents, the Parties have met and conferred and agreed to present a proposed amended schedule;

**WHEREAS,** the requested amendments will not prejudice any Party and will facilitate the just, speedy, and inexpensive determination of this action; and

**WHEREAS,** the requested amendments will not alter the deadline to file dispositive motions nor the current trial date;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties, subject to the approval of the Court:

1. Based upon the foregoing stipulation and the Discovery Coordination Protocol, good cause exists to amend the schedule set forth in the Scheduling Order.

2. The remaining deadlines in the Scheduling Order should be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | Aug. 28, 2026 | Sept. 28, 2026 |
| Affirmative Merits Expert Reports | Sept. 3, 2026 | Oct. 9, 2026 |
| Rebuttal Expert Reports | Oct. 16, 2026 | Nov. 20, 2026 |
| Complete Expert Discovery | Nov. 6, 2026 | Dec. 18, 2026 |
| MSJ & *Daubert* Motions | May 27, 2027 | Unchanged |
| MSJ & *Daubert* Oppositions | July 9, 2027 | Unchanged |



COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| MSJ & *Daubert* Replies | Aug. 6, 2027 | Unchanged |
| Motions in Limine | Oct. 8, 2027 | Unchanged |
| Pretrial Order | Oct. 22, 2027 | Unchanged |
| Voir Dire/Jury Instructions/Trial Briefs | Oct. 22, 2027 | Unchanged |
| Agreed Neutral Statement of the Case | Oct. 22, 2027 | Unchanged |
| Depo Designations | Oct. 22, 2027 | Unchanged |
| Pretrial Conference | Oct. 28, 2027 | Unchanged |
| Trial | Nov. 14, 2027 | Unchanged |

3. To the extent not covered by this Stipulation and Order, all other deadlines remain as established in the Local Rules of the United States District Court of the Western District of Washington.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 26, 2026

POMERANTZ LLP

*/s/Tamar A. Weinrib* [with permission]
Tamar A. Weinrib (*pro hac vice*)
Jeremy A. Lieberman (*pro hac vice*)
POMERANTZ LLP
600 Third Avenue
New York, NY 10016
Tel.: 212-661-1100
Email: jalieberman@pomlaw.com
taweinrib@pomlaw.com

BADGLEY MULLINS TURNER PLLC
Duncan C. Turner (WSBA No. 20597)
19910 50th Ave. W., Suite 103
Lynnwood, WA 98036
Tel.: 206-621-6566

COOLEY LLP

*/s/Christopher B. Durbin*
Christopher B. Durbin (WSBA No. 41159)
1700 Seventh Avenue, Suite 1900
Seattle WA 98101-1355
Tel.: 206-452-8700
Email: cdurbin@cooley.com

Patrick E. Gibbs *(pro hac vice)*
Shannon M. Eagan *(pro hac vice)*
Ziwei Xiao *(pro hac vice)*
Taylor Boyle (*pro hac vice*)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Tel.: 650-843-5000

Email: dturner@badgleymullins.com

*Attorneys for Plaintiff*

Email: seagan@cooley.com
pgibbs@cooley.com
zxiao@cooley.com
tboyle@cooley.com

*Attorneys for Defendants*

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, and for good cause shown, the Court hereby ORDERS that the Case Schedule is amended as follows:

| Event | New Deadline |
|---|---|
| Fact Discovery Cutoff | Sept. 28, 2026 |
| Affirmative Merits Expert Reports | Oct. 9, 2026 |
| Rebuttal Expert Reports | Nov. 20, 2026 |
| Complete Expert Discovery | Dec. 18, 2026 |
| MSJ & *Daubert* Motions | May 27, 2027 |
| MSJ & *Daubert* Oppositions | July 9, 2027 |
| MSJ & *Daubert* Replies | Aug. 6, 2027 |
| Motions in Limine | Oct. 8, 2027 |
| Pretrial Order | Oct. 22, 2027 |
| Voir Dire/Jury Instructions/Trial Briefs | Oct. 22, 2027 |
| Agreed Neutral Statement of the Case | Oct. 22, 2027 |
| Depo Designations | Oct. 22, 2027 |
| Pretrial Conference | Oct. 28, 2027 |
| Trial | Nov. 14, 2027 |

**IT IS SO ORDERED:**

Dated: August 27, 2026

Hon. Tiffany M. Cartwright
United States District Judge