The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARTIN SOHOVICH, Individually and on behalf of himself and all other similarly situated,

Plaintiff,

v.

AVALARA, INC., SCOTT MCFARLANE, BRUCE CRAWFORD, MARION FOOTE, EDWARD GILHULY, WILLIAM INGRAM, MARCELA MARTIN, TAMI RELLER, BRIAN SHARPLES, RAJEEV SINGH, SRINIVAS TALLAPRAGADA, and KATHY ZWICKERT,

Defendants.

Case No. 2:22-cv-01580-TMC

**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY EXPERT DISCOVERY DEADLINES**

On October 26, 2026, Defendants Avalara, Inc., Scott McFarlane, Bruce Crawford, Marion Foote, Edward Gilhuly, William Ingram, Marcela Martin, Tami Reller, Brian Sharples, Rajeev Singh, Srinivas Tallapragada, and Kathy Zwickert ("Defendants") brought a Motion to Modify Expert Discovery Deadlines (the "Motion") in this Action. Having considered Defendants' Motion and all papers and arguments submitted in support and opposition thereto, and good cause appearing:

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. The rebuttal expert report deadline is extended to April 1, 2027, and the expert discovery cutoff is extended to April 22, 2027.

Dated: November 16, 2026

Honorable Tiffany M. Cartwright
United States District Judge